S787M.55025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**CYNTHIA OVERTON,**

Plaintiff,

v.  Docket #1:23-cv-01082

**STATE FARM FIRE AND CASUALTY COMPANY, GLORIA JARVIS, and RYAN BROWN,**

Defendants.

## MOTION TO DISMISS OF DEFENDANTS, GLORIA JARVIS AND RYAN BROWN

Defendants, Gloria Jarvis and Ryan Brown ("these Defendants"), by and through counsel, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff's claims against them for insufficient service of process. In support of this motion, these Defendants rely on the memorandum of law in support of their motion to dismiss, filed simultaneously with this motion.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

s/R. Kent Francis
Christopher L. Vescovo (BPR #14516)
R. Kent Francis (BPR #34239)
Suite 2900, One Commerce Square
40 S. Main Street
Memphis, TN 38103-5529
(901) 525-8721
cvescovo@lewisthomason.com
kfrancis@lewisthomason.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2023, a copy of the foregoing pleading has been delivered to the following by the Court's electronic filing system (ECF) and email:

Drayton D. Berkley (BPR #22601)
Berkley Law Firm, PLLC
1255 Lynnfield Ste 226
Memphis, TN 38119
(901) 322-8706
attorneyberkley@gmail.com

*Attorney for Plaintiff*

s/R. Kent Francis

8738849