IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA OVERTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01082-STA-jay |
| | ) | |
| STATE FARM FIRE & CASUALTY COMPANY, GLORIA JARVIS, and RYAN BROWN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER TO SHOW CAUSE

Defendants Gloria Jarvis and Ryan Brown filed a motion to dismiss the claims as to them on May 26, 2023.  (ECF No. 15.) Plaintiff has failed to file a response within the requisite time. Plaintiff is hereby **ORDERED TO SHOW CAUSE** with seven (7) days of the entry of this order why the motion to dismiss should not be granted and to provide an explanation as to why no timely response was filed.  **The failure to respond to this order will result in the granting of Defendants' motion without further notice to Plaintiff.**

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 27, 2023